IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALED ABDUL KAWI ALWAQDI,

      Plaintiff,                          CV F 07 0152 AWI WMW

    vs.                                 ORDER

MICHAEL CHERTOFF, et al.,

      Defendants.

      Defendants have filed a request for extension of time in which to file an answer to the complaint.  Good cause appearing, IT IS HEREBY ORDERED that Defendants are granted an extension of time to May 22, 2007, in which to file a response to the complaint.

IT IS SO ORDERED.

**Dated:**   **April 27, 2007**                /s/  William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE