IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KHALED ABDUL KAWI ALWAQDI, | ) | 1:07-CV-0152 AWI WMW |
| | ) | |
| Plaintiff, | ) | ORDER REMANDING CASE |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY | ) | |
| OF HOMELAND SECURITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On July 3, 2007, Plaintiff and Defendants filed a stipulation in which they agreed that Plaintiff's application for naturalization is now ripe for administrative adjudication.  The parties stipulate that this case should be remanded with instructions to the United States Citizenship and Immigration Services to adjudicate the application within 60 days.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The case is remanded to the United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) with instructions to adjudicate the Application for Naturalization within 60 days from the date of this order of remand.

2. The Clerk of the Court is DIRECTED to close this case in light of parties' filed and properly signed stipulation for remand.

IT IS SO ORDERED.

Dated:   July 9, 2007                        /s/ Anthony W. Ishii
                                             UNITED STATES DISTRICT JUDGE